# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:  212-465-1188
cklee@leelitigation.com

July 15, 2015

**Via ECF**
The Honorable Carol Bagley Amon, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *Alberto, et al. v. Colgate-Palmolive Company, et al.*
           Case No. 14-CV-5649 (CBA) (CLP)

Dear Judge Amon,

    I am counsel to Plaintiffs on this matter. I write to inform the Court of a misstatement during the oral argument held today, July 15, 2015. In responding to whether there are other companies that list the <u>usable</u> net quantity of deodorant on their labels, I stated that the Right Guard® line accurately lists the net weight as the usable quantity. The product line I meant to reference was Old Spice®.

Respectfully submitted,

*/s/ C.K. Lee*
C. K. Lee, Esq.